# MINUTE ORDER

Page 13

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor      Date: 8/5/2021    Time: 1:30 p.m.

Defendant: 3) JOSE PALMA       J#: 02436-506    Case #: 21-MJ-3533-LOUIS

AUSA: Adam Hapner       Attorney:

Violation: MDFL/Warr/Indictment/ Conspiracy to PWID five kilo or more of a mixture containing cocaine on board a Vessel Subject to the Jurisdiction of the U.S.

Surr/Arrest Date:       YOB: 1995

Proceeding: Initial Appearance       CJA Appt: David Donet, Jr., Esq.

Bond/PTD Held: ◯ Yes  ◯ No       Recommended Bond:

Bond Set at:       Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: Spanish

Disposition:
*Defendant consented to appear via video*

*Defendant advised of rights and charges*

*Defendant sworn; CJA counsel appointed*

*STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets*

*Defendant waives removal; Ordered removed to the M/D of Florida*

**Brady warning given**

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 16:49:51/17:13:44       Time in Court: 20 mins

s/Lauren F. Louis       Magistrate Judge